## DECISIONS ANNOUNCED WITHOUT OPINIONS DURING THE TIME COVERED BY THIS VOLUME.

No. 13. VALK v. UNITED STATES. Appeal from the Court of Claims. Submitted October 12, 1897. Decided October 18, 1897. *Per Curiam.* Judgment affirmed on the authority of *Marks* v. *United States,* 161 U. S. 297, and *Leighton* v. *United States,* 161 U. S. 291. *Mr. John C. Chaney* for appellant. *Mr. Attorney General* and *Mr. Assistant Attorney General Thompson* for appellee.

No. 270. THORP v. BONNIFIELD. Certificate from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted May 24, 1897. Decided October 18, 1897. *Per Curiam.* The question whether the United States Circuit Court of Appeals for the Ninth Circuit has jurisdiction of this case answered in the negative on the authority of *Aztec Mining Company* v. *Ripley,* 151 U. S. 79, and *Steamer Coquitlam* v. *United States,* 163 U. S. 346. *Mr. John M. Thurston* for plaintiff in error. *Mr. E. S. Pillsbury* for defendants in error.

No. 58. KETTENRING v. UNITED STATES. Error to the Circuit Court of the United States for the Western District of Arkansas. Submitted October 20, 1897. Decided October 25, 1897. Judgment reversed upon confession of error by counsel for the defendant in error and cause remanded for further proceedings in conformity to law. *Mr. William M. Cravens* for plaintiffs in error. *Mr. Attorney General* and *Mr. Assistant Attorney General Boyd* for defendant in error.